DAVID P. MASTAGNI, ESQ. (SBN 57721)
CAROLYN M. ORR, ESQ. (SBN 299372)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
corr@mastagni.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SILVA AGUILAR, | No. 2:17-cv-00089-CKD |
| Plaintiff, | Complaint Filed: January 12, 2017 |
| v. | **[PROPOSED]** ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

An order to show cause was filed on July 20, 2017 because the docket did not reflect timely service of summons. Plaintiff has now responded to the order to show cause. Plaintiff's counsel has undertaken appropriate steps to serve process and Plaintiff's interests in prosecuting the action outweigh other factors favoring dismissal. Accordingly, IT IS HEREBY ORDERED that the July 20, 2017 order to show cause is discharged and Plaintiff's lately effectuated service is allowed.

Dated: August 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE