DAVID P. MASTAGNI, ESQ. (SBN 57721)
ANDREW S. DORIOTT, ESQ. (SBN 314740)
**MASTAGNI HOLSTEDT**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
adoriott@mastagni.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN SILVA AGUILAR, | No. 2:17-cv-00089-CKD |
| Plaintiff, | Complaint Filed: January 12, 2017 |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of an additional thirty (30) days to file his Motion for Summary Judgment in the present case. This is the first continuance sought by Plaintiff. The current due date is December 22, 2017. The new due date will be January 22, 2018 (January 21, 2018, 30 days from December 22, 2017, is a Sunday).

Good cause exists for this request. Prior counsel assigned to this case, Carolyn M. Orr, left the Plaintiff's firm, Mastagni Holstedt APC, in September, 2017. Present counsel, Andrew S. Doriott, took over her caseload at that time, and has been working diligently to manage the cases effectively. Plaintiff's counsel has two social security administration hearings set in the next 30 days for which he must prepare. Further, Plaintiff's counsel has recently been assigned additional and unanticipated matters which must be addressed immediately and which cannot be

assigned to another attorney. Lastly, Plaintiff's counsel is presently in the process of seeking other counsel to either substitute in or otherwise assist with this case.

Therefore, Plaintiff is respectfully requesting additional time up to and including January 22, 2018, to prepare his Motion for Summary Judgment. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: December 6, 2017      **MASTAGNI HOLSTEDT, APC**

By: _/s/ Andrew S. Doriott_
ANDREW S. DORIOTT, ESQ.
Attorneys for Plaintiff

Dated: December 6, 2017      By: _/s/ Adam Lazar_
(As authorized by email on 12/06/2017)
ADAM LAZAR, ESQ.
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Based on the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that:

Plaintiff's Motion for Summary Judgment must be filed by January 22, 2018.

Dated: December 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER RE EXTENSION     *Joaquin Silva Aguilar v. Commissioner of Social Security*
Case No. 2:17-cv-00089-CKD