MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8955
   Facsimile: (415) 744-0134
   E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOAQUIN SILVA AGUILAR,<br><br>        Plaintiff,<br><br>    vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:17-cv-00089-CKD<br><br>STIPULATION AND [~~PROPOSED~~ ORDER]<br>TO EXTEND BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Commissioner

of Social Security (Defendant), by and through their respective counsel of record, that the

deadline for Defendant to respond to Plaintiff's Motion For Summary Judgment and/or to file

any cross-motion thereto be extended by thirty (30) days, or from February 19, 2018 to March

21, 2018.  Plaintiff filed his brief on January 19, 2018 after one extension.

There is good cause for this extension because Defendant was re-assigned this matter

after the departure of previously assigned counsel.  In light of the issues Plaintiff raised in his

brief and counsel's other workload, including litigation and non-litigation matters, Defendant

respectfully requests additional time to brief this matter and apologizes for the late timing of this

request.

The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.


Dated:  February 28, 2018

Respectfully submitted,
/s/  Andrew S. Doriott*
ANDREW S. DORIOTT, ESQ.
Attorney for Plaintiff
*Authorized via e-mail on February 28, 2018


Dated:  February 28, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  Ellinor R. Coder
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant


IT IS SO ORDERED.

Dated:  March 2, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE